IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Savana Miller,

          Plaintiff,

v.                                                          Case No. 1:22-cv-1450-MLB

Axiom Staffing Group and Kubota
Manufacturing of America
Corporation,

          Defendants.

_____/

## ORDER

The parties have announced that this case has settled.  The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.  The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement.  If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner.  The parties need only file a motion to reopen the case if settlement negotiations fail.

**SO ORDERED** this 15th day of March, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE